**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Colvin            Leonard           L
      (Last)             (First)          (Initial)

Prisoner Number SF#459307 / Jail# 13679432

Institutional Address P.O. Box 67 San Bruno, Ca. 94066

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Leonard Lee Colvin Jr.
(Enter the full name of plaintiff in this action.)

vs.

San Francisco Sheriff Department

(Enter the full name of the defendant(s) in this action)

CV 14 5400 NC (PR)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement  San Francisco County Jail #5

   B. Is there a grievance procedure in this institution?
      YES (X)   NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES (X)   NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT
- 1 -

1. Informal appeal _The grievance was turned over to the San Francisco Sheriff Department's Investigative Service Unit (Internal Affairs). The second incident was Sgt. Sanchez by himself. (Attached is the grievance)_

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Leonard Lee Colvin Jr. and Byron Walton_
_P.O. Box 67_
_San Bruno, Ca. 94066_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_San Francisco Sheriff Department_

COMPLAINT — 2 —

III.     Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Attached is a copy of the grievance and it explains the 1st incident. The 2nd incident, Sr. Deputy M. Aubet has the grievance she's in charge of the investigation, but in retaliation of the grievance I wrote on Sgt. Sanchez, Deputy Myres, and Deputy Nue. Sgt. Sanchez on 3.3.14 caused another incident with me, he Sgt. Sanchez spit in my face numerous times, called me several times derogatory names, attempted to provoke me to get into a physical altercation with him and inflicted pain on my wrist with his handcuffs, by twisting them upwards into my wrist bones.

IV.     Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

$400,000 I'm seeking this as damages

COMPLAINT
- 3 -

1
2
3
4
5   I declare under penalty of perjury that the foregoing is true and correct.
6
7   Signed this June day of 24th , 20 14
8
9                   Leonard Lee Colvin Jr.
10                          (Plaintiff's signature)
11                  Leonard Lee Cohen Jr.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                           - 4 -