UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LEE COLVIN,<br><br>    Plaintiff,<br><br>v.<br><br>SANCHEZ, et al.,<br><br>    Defendants. | Case No. 14-cv-05400-CRB  (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**<br><br>Re: Dkt. No. 36 |

A settlement conference was held on April 22, 2019 at San Quentin State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Leonard Lee Colvin, Jr., Pro Se

    (  )  Warden or warden's representative

    (  )  Office of the California Attorney General

    ( X )  Other: City Attorney's Office, James Hannawalt and Suzy Loftus

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

    (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: April 24, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge